IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAJAK SHAKOOR,

    Petitioner,                No. CIV S-01-1551 LKK JFM P

    vs.

GAIL LEWIS, et al.,

    Respondents.         <u>ORDER</u>

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In one of his claims, petitioner alleges that his trial counsel rendered ineffective assistance because he failed to challenge inaccuracies in petitioner's probation report. Respondents have answered this claim on the merits. Both parties cite to the probation report in their arguments. However, the report has not been filed with this court.

        Rule 7 of the Rules Governing Habeas Corpus Cases provides that the court may direct that the record be expanded by the parties by the inclusion of additional materials relevant to the determination of the merits of the petition. Good cause appearing, respondents will be directed to file or lodge with this court a copy of petitioner's probation report within thirty days from the date of this order.

/////

Accordingly, IT IS ORDERED that respondent file or lodge with this court a copy of petitioner's probation report within thirty days from the date of this order.

DATED: June 2, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

JFM:8:shak1551.o